IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:17-cv-00137-KLM-STV

**VICTORIA GAGNON**
Plaintiff

v.

**WESTWARD DOUGH OPERATING COMPANY, LLC** dba **KRISPY KREME**
Defendant

### SECOND JOINT STATUS REPORT

The Parties, through undersigned counsel, provide the following status report:

1. The parties participated in a Settlement Conference on September 5, 2018, and with the assistance of Magistrate Judge Varholak, we were able to reach an agreement on material terms.

2. On September 6, 2018, Magistrate Varholak filed a Minute Entry for Settlement [#56] requesting dismissal papers be filed by October 5, 2018.

3. On September 12, Magistrate Judge Mix filed a Minute Order [#57] requiring either a Status Report or dismissal papers on or before October 5, 2018, pursuant to [#56].

4. After the parties filed a joint status report, the October 5, 2018 deadline was extended until today, October 19, 2018.

5. The parties are still working on specific settlement agreement language. At this point in time, the dispute appears to be over one paragraph, and the parties are optimistic that a final settlement agreement can be finalized shortly.

6. The parties request another 2-week extension of time to file dismissal paperwork.

**WHEREFORE,** the parties respectfully request that the Court permit them until November 2, 2018, to file dismissal papers.

Respectfully submitted this 19th day of October, 2018.

ATTORNEYS FOR PLAINTIFF

*/s/ Sam Cannon*
Sam Cannon, #46132
CANNON HADFIELD STIEBEN, LLC
3534 John F. Parkway, Suite B
Fort Collins, CO Kennedy 80525
Telephone: (970) 689-3037
Email:  scc@cannonlaw.com

*/s/ Rachel E. Ellis*
Rachel E. Ellis
Livelihood Law, LLC
3401 Quebec Street, Suite 6009
Denver, CO 80207
Telephone: (970) 465-6972
Email: ree@livelihoodlaw.com

ATTORNEY FOR DEFENDANT

*s/ Darin Mackender*
Darin Mackender
FISHER & PHILLIPS LLP
1801 California Street, Suite 2700
Denver, CO 80202
Telephone: (303) 218-3650
Email: dmackender@fisherphillips.com

## CERTIFICATE OF SERVICE

The undersigned certifies that, on October 19, 2018, a true and correct copy of the foregoing **SECOND JOINT STATUS REPORT** was served via ECF on the following:

Darin Mackender
dmackender@fisherphillips.com

                                        *s/ Liz Osband*
                                        For Cannon Hadfield Stieben & Doutt, LLC