IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 17-cv-00137-KLM-STV

VICTORIA GAGNON,

    Plaintiff,

v.

WESTWARD DOUGH OPERATING COMPANY, LLC, d/b/a Krispy Kreme,

    Defendant.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on the parties' **Fifth Joint Status Report** [#66] in which the parties request an additional extension of time to file dismissal papers as they continue to finalize the terms of settlement.  Accordingly,

    IT IS HEREBY **ORDERED** that the parties shall file dismissal papers on or before **November 30, 2018**.

    Dated:  November 19, 2018