IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:17-cv-00137-KLM-STV

VICTORIA GAGNON,

    Plaintiff,

v.

WESTWARD DOUGH OPERATING COMPANY, LLC d/b/a KRISPY KREME,

    Defendant.

## STIPULATION FOR DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff Victoria Gagnon and Defendant Westward Dough Operating Company, LLC d/b/a Krispy Kreme stipulate to the dismissal with prejudice of the above-captioned action and all claims asserted therein, with each party to bear their own attorneys' fees and costs.

Dated this 25th day of January, 2019.

Respectfully submitted,

FISHER & PHILLIPS LLP

By: *s/ Darin Mackender*
    Darin Mackender
1801 California Street, Suite 2700
Denver, CO 80202
Telephone: (303) 218-3650
Facsimile: (303) 218-3651
dmackender@fisherphillips.com

**Attorneys for Defendant**

LIVELIHOOD LAW, LLC

By: *s/ Rachel Ellis*
    Rachel Ellis
3401 Quebec Street, Suite 6009
Denver, CO 80207
Telephone: (720) 465-6972
Email: ree@livelihoodlaw.com

**Attorneys for Plaintiff**